DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
REX, CAROLYN ADAMS

Case No.  08-04863-FLK13

Debtor

## TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $3.07, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| REX, CAROLYN ADAMS | 9841 MIERAS ROAD YAKIMA , WA 98901 | $3.07 |

Dated: July 23, 2010

DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4874763          7-28-10          $3.07